IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE NEW GEORGIA PROJECT, REAGAN JENNINGS, and CANDACE WOODALL,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and the Chair of the Georgia State Election Board; REBECCA N. SULLIVAN, DAVID J. WORLEY, MATTHEW MASHBURN, and ANH LE, in their official capacities as Members of the Georgia State Election Board; MARY CAROLE COONEY, MARK WINGATE, VERNETTA NURIDDIN, KATHLEEN RUTH, and AARON JOHNSON, in their official capacities as Members of the FULTON County Board of Registration and Elections; SAMUEL E. TILLMAN, ANTHONY LEWIS, SUSAN MOTTER, DELE LOWMAN SMITH, and BAOKY N. VU, in their official capacities as Members of the DEKALB County Board of Registration and Elections; PHIL DANIELL, FRED AIKEN, JESSICA M. BROOKS, NEERA BAHL, and DARRYL O. WILSON, JR., in their official capacities as Members of the COBB County Board of Elections and Registration; BEAUTY BALDWIN, BEN SATTERFIELD, JOHN MANGANO, STEPHEN DAY, and ALICE O'LENICK, in their official capacities as Members of the GWINNETT County Board of Registrations | Civil Action File No.<br><br>1:20-cv-01986-ELR |

and Elections; COLIN MCRAE, WANDA
ANDREWS, WILLIAM L. NORSE, JON
PANNELL, and RANDOLPH SLAY, in
their official capacities as Members of the
CHATHAM County Board of Registrars;
DARRY HICKS, ADDISON LESTER, and
AARON WRIGHT, in their official
capacities as Members of the FAYETTE
County Board of Elections and Voter
Registration; CAROL WESLEY,
DOROTHY FOSTER HALL, PATRICIA
PULLAR, DARLENE JOHNSON, and
DIANE GIVENS, in their official capacities
as Members of the CLAYTON County Board
of Elections and Registrations; JUNE
WOOD, JOHNNY WILSON, DEE
CLEMMONS, GARY BARHAM, and
VIVIAN THOMAS, in their official
capacities as Members of the HENRY
County Board of Elections and Registration;
MARGARET JENKINS, UHLAND
ROBERTS, DIANE SCRIMPSHIRE,
LINDA PARKER, and ELEANOR WHITE,
in their official capacities as Members of the
COLUMBUS-MUSCOGEE County Board of
Elections; DAVID C. FEDACK, TALULA
MARTIN, ROBERT PROCTOR, DANIEL
ZIMMERMANN, and MYESHA GOOD, in
their official capacities as Members of the
DOUGLAS County Board of Elections and
Registration; PAMELA MIDDLETON,
DONTRAVIOUS M. SIMMONS, BENNY
G. HAND, ANNABELLE T. STUBBS, and
FREDERICK WILLIAMS, in their official
capacities as Members of the ALBANY-
DOUGHERTY County Joint Board of
Registration and Elections; ALDREN
SADLER, SR., KAREN JAMES, and

GERALD BARGER, in their official capacities as Members of the ROCKDALE County Board of Elections and Voter Registration; PHIL JOHNSON, KELLY ROBINSON, and DUSTIN THOMPSON, in their official capacities as Members of the NEWTON County Board of Elections and Registration; TIM MCFALLS, SHERRY T. BARNES, MARCIA BROWN, TERENCE DICKS, and BOB FINNEGAN, in their official capacities as Members of the RICHMOND County Board of Elections; HENRY FICKLIN, MIKE KAPLAN, HERBERT SPANGLER, CASSANDRA POWELL, and RINDA WILSON, in their official capacities as Members of the MACON-BIBB County Board of Elections; JESSE EVANS, CHARLES KNAPPER, WILLA FAMBROUGH, and ANN TILL, in their official capacities as Members of the ATHENS-CLARKE County Board of Elections and Voter Registration; and BARBARA LUTH, MATTHEW BLENDER, JOEL NATT, CARLA RADZIKINAS, and RANDY INGRAM, in their official capacities as Members of the FORSYTH County Board of Registrations and Elections,

    Defendants.

# ORDER

Plaintiffs have filed a Consent Motion to Set Time for State Defendants to File a Responsive Pleading. For good cause shown, the Motion is GRANTED. Defendants Brad Raffensperger, Rebecca N. Sullivan, David J. Worley, Matthew Mashburn, and Anh Le shall file any responsive pleading responding to the Plaintiffs' Complaint on or before June 26, 2020.

SO ORDERED, this 2nd day of June, 2020.

*Eleanor L. Ross*

THE HONORABLE ELEANOR L. ROSS
JUDGE, UNITED STATES DISTRICT COURT