## **[PROPOSED] CONSENT ORDER**

For good cause shown, the parties' Consent Motion to Set Time for Muscogee Defendants to File a Responsive Pleading is hereby GRANTED. Defendants Jenkins, Roberts, Scrimpshire, Parker and White shall have through and including June 26, 2020 to file their answer or otherwise respond to the First Amended Complaint in this matter.

**SO ORDERED** this _____ day of _____, 2020.

_____
**Hon. Eleanor L. Ross, U.S. District Judge**