IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE NEW GEORGIA PROJECT, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and Chair of the Georgia State Election Board, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION FILE<br>NO. 1:20-cv-01986-ELR |

## COUNTY DEFENDANTS'[1] CONSOLIDATED MOTION TO DISMISS

County Defendants jointly move to dismiss Plaintiffs' First Amended Complaint for Injunctive and Declaratory Relief [Doc. 33] in its entirety pursuant to Fed. R. Civ. P. 12(b)(1) and (6). Further, Bibb, Chatham, Athens-Clarke, Albany-Dougherty, Muscogee, and Richmond County Defendants move to dismiss the Complaint against them pursuant to Fed. R. Civ. P. 12(b)(3). In support of this motion, County Defendants rely on their Brief in

---

[1] County Defendants include a list of all party Defendants as an appendix to the attached brief.

1

Support of County Defendants' Consolidated Motion to Dismiss, which is filed with this motion.

Respectfully submitted this 26th day of June, 2020.

| | |
|---|---|
| */s/ Bryan P. Tyson* <br> Bryan P. Tyson <br> Georgia Bar No. 515411 <br> btyson@taylorenglish.com <br> Diane Festin LaRoss <br> Georgia Bar No. 430830 <br> dlaross@taylorenglish.com <br> Bryan F. Jacoutot <br> Georgia Bar No. 668272 <br> bjacoutot@taylorenglish.com <br> Loree Anne Paradise <br> Georgia Bar No. 382202 <br> lparadise@taylorenglish.com <br> **TAYLOR ENGLISH DUMA LLP** <br> 1600 Parkwood Circle, Suite 200 <br> Atlanta, GA 30339 <br> 770.434.6868 (telephone) <br><br> *Counsel for the Gwinnett County Defendants and the Fayette County Defendants* | */s/ Kenneth P. Robin* <br> Kenneth P. Robin <br> Georgia Bar No. 609798 <br> krobin@jarrard-davis.com <br> **JARRARD & DAVIS, LLP** <br> 222 Webb Street <br> Cumming, Georgia 30040 <br> 678-455-7150 (telephone) <br> 678-455-7149 (facsimile) <br><br> *Attorneys for the Forsyth County Defendants and the Albany-Dougherty Defendants* |

| | |
|---|---|
| */s/ Daniel W. White*<br>Daniel W. White<br>Georgia Bar No. 153033<br>dwhite@hlw-law.com<br>**HAYNIE, LITCHFIELD & WHITE, PC**<br>222 Washington St.<br>Marietta, Georgia 30064<br>770-422-8900 (telephone)<br>770-424-8900 (facsimile)<br><br>*Attorney for Cobb County Defendants* | */s/ Shelley D. Momo*<br>Shelley D. Momo<br>Assistant County Attorney<br>Georgia Bar No. 239608<br>Irene B. Vander Els<br>Assistant County Attorney<br>Georgia Bar No. 033663<br>**DEKALB COUNTY LAW DEPARTMENT**<br>1300 Commerce Drive, 5th Floor<br>Decatur, Georgia 30030<br>Telephone:  (404) 371-3011<br>Facsimile:  (404) 371-3024<br>sdmomo@dekalbcountyga.gov<br>ivanderels@dekalbcountyga.gov<br><br>*Attorneys for the DeKalb County Defendants* |
| */s/ William J. Linkous III*<br>William J. Linkous III<br>Georgia Bar No. 453213<br>wlinkous@fmglaw.com<br>**FREEMAN MATHIS & GARY LLP**<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, Georgia 30339-5948<br>(770) 818-0000 (telephone)<br>(770) 937-9960 (facsimile)<br><br>*Attorney for Rockdale County Defendants* | */s/ Alan G. Snipes*<br>James C. Clark, Jr.<br>Ga. Bar No.: 127145<br>Alan G. Snipes<br>Ga. Bar No.: 665781<br>**PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.**<br>1111 Bay Avenue, Third Floor<br>Columbus, Georgia 31901<br>(706) 324-0251<br><br>*Attorneys for Columbus-Muscogee Defendants* |

| | |
|---|---|
| */s/ William H. Noland* <br> WILLIAM H. NOLAND <br> Georgia Bar No. 545605 <br> william@nolandlawfirmllc.com <br> Virginia C. Josey <br> Georgia Bar No. 261459 <br> virginia@nolandlawfirmllc.com <br> **Noland Law Firm, LLC** <br> 5400 Riverside Drive, Suite 205 <br> Macon, Georgia 31210 <br> (478)621-4980 telephone <br> (478)621-4282 facsimile <br> <br> *Counsel for Macon-Bibb County Defendants* | */s/ Rachel N. Mack* <br> Rachel N. Mack <br> Staff Attorney <br> Georgia Bar No. 104990 <br> Wayne Brown <br> General Counsel <br> Georgia Bar No. 089655 <br> **AUGUSTA LAW DEPARTMENT** <br> 535 Telfair Street, Building 3000 <br> Augusta, Georgia 30901 <br> Telephone:  (706) 842-5550 <br> Facsimile:  (706) 842-556 <br> rmack@augustaga.gov <br> wbrown@augustaga.gov <br> <br> *Attorneys for the Richmond County Defendants* |

| | |
|---|---|
| *s/Kaye Woodard Burwell*<br>Georgia Bar Number:  775060<br>kaye.burwell@fultoncountyga.gov<br>*s/Cheryl Ringer*<br>Georgia Bar Number: 557420<br>cheryl.ringer@fultoncountyga.gov<br>*s/David R. Lowman*<br>Georgia Bar Number: 460298<br>david.lowman@fultoncountyga.gov<br><br>**OFFICE OF THE FULTON COUNTY ATTORNEY**<br>Office of the County Attorney<br>141 Pryor Street, S.W.<br>Suite 4038<br>Atlanta, Georgia 30303<br>Telephone: (404) 612-0246<br><br>*Attorneys for the Fulton County Defendants* | */s/ Gregory C. Sowell*<br>Gregory C. Sowell<br>Georgia Bar No. 668655<br>**COOK & TOLLEY, LLP**<br>304 East Washington Street<br>Athens, Georgia 30601<br>Phone: (706) 549-6111<br>Fax: (706) 548-0956<br>Email: gregsowell@cooktolley.com<br><br>*/s/ John Matthew Hawkins*<br>John Matthew Hawkins<br>Georgia Bar No. 120839<br>**ATHENS-CLARKE COUNTY ATTORNEY'S OFFICE**<br>P.O. Box 427<br>Athens, Georgia 30603<br>Phone: (706) 613-3035<br>Fax: (706) 613-3037<br>Email: john.hawkins@accgov.com<br><br>*Attorneys for Athens-Clarke County Defendants* |

| | |
|---|---|
| */s/ R. Jonathan Hart*<br>R. JONATHAN HART<br>State Bar No. 333692<br>/s/ Jennifer R. Davenport<br>JENNIFER R. DAVENPORT<br>State Bar No. 330328<br>**Chatham County Attorney's Office**<br>P. O. Box 8161<br>Savannah, GA  31412<br>T: (912) 652 7881<br>F: (912) 652 7887<br>Email: rjhart@chathamcounty.org<br>jdavenport@chathamcounty.org<br><br>*Attorneys for the Chatham County Defendants* | */s/ David A. Cole*<br>David A. Cole<br>Georgia Bar No. 142383<br>Timothy M. Boughey<br>Georgia Bar No. 832112<br>**FREEMAN MATHIS & GARY, LLP**<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, Georgia 30339<br>(T) 770.818.0000<br>(F) 770.937.9960<br>(E) dcole@fmglaw.com<br>tboughey@fmglaw.com<br><br>*Counsel for the Douglas County Defendants* |
| */s/ Jack R. Hancock*<br>Jack R. Hancock<br>Georgia Bar No. 322450<br>jhancock@fmglaw.com<br>A. Ali Sabzevari<br>Georgia Bar No. 941527<br>asabzevari@fmglaw.com<br>**Freeman Mathis & Gary, LLP**<br>661 Forest Parkway, Suite E<br>Forest Park, Georgia 30297<br>(404) 366-1000 (telephone)<br>(404) 361-3223 (facsimile)<br><br>*Counsel for the Clayton County Defendants* | */s/ Kenneth P. Robin*<br>Kenneth P. Robin<br>Georgia Bar No. 609798<br>krobin@jarrard-davis.com<br>Megan N. Martin<br>Georgia Bar No. 140851<br>mmartin@jarrard-davis.com<br>**JARRARD & DAVIS, LLP**<br>222 Webb Street<br>Cumming, Georgia 30040<br>678-455-7150 (telephone)<br>678-455-7149 (facsimile)<br><br>*Attorneys for the Newton County Defendants* |

|  |  |
|---|---|
| */s/ Kenneth P. Robin*<br>Kenneth P. Robin<br>Georgia Bar No. 609798<br>krobin@jarrard-davis.com<br>Patrick D. Jaugstetter<br>Georgia Bar No. 389680<br>patrickj@jarrard-davis.com<br>**JARRARD & DAVIS, LLP**<br>222 Webb Street<br>Cumming, Georgia 30040<br>678-455-7150 (telephone)<br>678-455-7149 (facsimile)<br><br>*Attorneys for the Henry County Defendants* |  |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing COUNTY DEFENDANTS' CONSOLIDATED MOTION TO DISMISS has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson