# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-01986-ELR
### The New Georgia Project et al v. Raffensperger et al
### Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 08/19/2020.

| | |
|---|---|
| TIME COURT COMMENCED: 9:35 A.M.<br>TIME COURT CONCLUDED: 1:00 P.M.<br>TIME IN COURT: 3:25<br>OFFICE LOCATION: Atlanta | COURT REPORTER: Elizabeth Cohn<br>CSO/DUSM: Derrick Davis<br>DEPUTY CLERK: Michelle Beck |

**ATTORNEY(S) PRESENT:**  Joshua Belinfante representing Anh Le
Joshua Belinfante representing Brad Raffensperger
Joshua Belinfante representing David J. Worley
Joshua Belinfante representing Matthew Mashburn
Joshua Belinfante representing Rebecca N. Sullivan
Kevin Hamilton representing The New Georgia Project
Kevin Hamilton representing Beverly Pyne
Kevin Hamilton representing Candace Woodall
Kevin Hamilton representing Reagan Jennings
Vincent Russo representing Anh Le
Vincent Russo representing Brad Raffensperger
Vincent Russo representing David J. Worley
Vincent Russo representing Matthew Mashburn
Vincent Russo representing Rebecca N. Sullivan
Bryan Tyson representing Aaron Wright
Bryan Tyson representing Addison Lester
Bryan Tyson representing Alice O'Lenick
Bryan Tyson representing Beauty Baldwin
Bryan Tyson representing Ben Satterfield
Bryan Tyson representing Darry Hicks
Bryan Tyson representing John Mangano
Bryan Tyson representing Stephen Day

**PROCEEDING CATEGORY:** Motion Hearing(PI or TRO Hearing-Evidentiary);

**MOTIONS RULED ON:** [57]Motion for Preliminary Injunction TAKEN UNDER ADVISEMENT
[82]Motion to Dismiss TAKEN UNDER ADVISEMENT
[83]Motion to Dismiss TAKEN UNDER ADVISEMENT

**MINUTE TEXT:** The parties agreed to appear via videoconference. Court called to order. Oral arguments regarding outstanding motions. All issues were taken under advisement and the Court will prepare an order containing its rulings. Court adjourned.

**HEARING STATUS:** Hearing Concluded