# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
DISTRICT COURT EXECUTIVE  
 AND CLERK OF COURT

DOCKETING SECTION  
404-215-1655

September 4, 2020

Clerk of Court  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia  30303

     U.S.D.C. No.: 1:20-cv-1986-ELR  
     U.S.C.A. No.: 00-00000-00  
     In re:     The New Georgia Project et al v. Brad Raffensperger et al

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified Notice of Appeal, Docket Sheet, Judgment and Order appealed enclosed.** |
| | This is not the first notice of appeal. Other notices were filed on: . |
| | There is no transcript. |
| **X** | **The court reporter is Elizabeth G. Cohn.** |
| | There is sealed material as described below: . |
| | Other: . |
| **X** | **Fee paid electronically on 9/4/20. (Receipt# AGANDC-10111510)** |
| | Appellant has been   leave to appeal *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Eleanor L. Ross.** |
| | This is a **DEATH PENALTY** appeal. |

                                Sincerely,

                                James N. Hatten  
                                District Court Executive  
                                and Clerk of Court

                        By:    /s/P. McClam  
                                Deputy Clerk

Enclosures