IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THE NEW GEORGIA PROJECT, et al., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:20-CV-01986-ELR |
| BRAD RAFFENSPERGER, *in his official capacity as the Georgia Secretary of State and the Chair of the Georgia State Election Board*, et al., | * * * * * | |
| Defendants. | * * | |

**ORDER**

Presently before the Court is Defendants Brad Raffensperger, in his official capacity as Secretary of State and the Chair of the Georgia State Election Board and State Election Board Members Rebecca N. Sullivan, David J. Worley, Anh Le, and Matthew Mashburn's "Unopposed Motion For Expedited Briefing On State Defendants' Motion To Stay Preliminary Injunction Pending Appeal." [Doc. 140]. In their motion, State Defendants request that Plaintiffs' response to "State Defendants' Motion to Stay Preliminary Injunction Pending Appeal" [Doc. 137] be due no later than Friday, September 11, 2020; State Defendants also agree to forego a reply brief in the interest of time. [Doc. 140 at 2].

State Defendants contend that this briefing schedule is necessary to allow sufficient time for the Court to rule on State Defendants' motion and timely seek appellate review of the preliminary injunction. [Id.]

For good cause shown, and noting no opposition, the Court **GRANTS** State Defendants' motion. [Doc. 140]. Plaintiffs' response to State Defendants' motion to stay [Doc. 137] is due on or before Friday, September 11, 2020.

**SO ORDERED**, this 9th day of September, 2020.

Eleanor L. Ross
United States District Judge
Northern District of Georgia