**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

THE NEW GEORGIA PROJECT,
*et al.,*

      *Plaintiffs,*

      v.

BRAD RAFFENSPERGER, in his
official capacity as the Georgia
Secretary of State and Chair of the
Georgia State Election Board, *et al.,*

      *Defendants.*

CIVIL ACTION FILE
NO. 1:20-cv-01986-ELR

## COUNTY DEFENDANTS' RESPONSE TO STATE DEFENDANTS' MOTION TO STAY

Following this Court's ruling on the motion for preliminary injunction

[Doc. 134], State Defendants filed a Motion to Stay the Court's order pending

appeal. [Doc. 137]. County Defendants[1] do not oppose the Motion to Stay.

[signature blocks on following pages]

---

[1] The names of the groups of individual parties from County Defendants'
Consolidated Brief in Opposition to Plaintiffs' Motion for Preliminary
Injunction [Doc. 90, pp. 33-35] are incorporated by reference.

1

2

Respectfully submitted this 11th day of September, 2020.

| | |
|---|---|
| */s/ Bryan P. Tyson*<br>Bryan P. Tyson<br>Georgia Bar No. 515411<br>btyson@taylorenglish.com<br>Diane Festin LaRoss<br>Georgia Bar No. 430830<br>dlaross@taylorenglish.com<br>Bryan F. Jacoutot<br>Georgia Bar No. 668272<br>bjacoutot@taylorenglish.com<br>Loree Anne Paradise<br>Georgia Bar No. 382202<br>lparadise@taylorenglish.com<br>**TAYLOR ENGLISH DUMA LLP**<br>1600 Parkwood Circle, Suite 200<br>Atlanta, GA 30339<br>770.434.6868 (telephone)<br><br>*Counsel for the Gwinnett County Defendants and the Fayette County Defendants* | */s/ Kenneth P. Robin*<br>Kenneth P. Robin<br>Georgia Bar No. 609798<br>krobin@jarrard-davis.com<br>**JARRARD & DAVIS, LLP**<br>222 Webb Street<br>Cumming, Georgia 30040<br>678-455-7150 (telephone)<br>678-455-7149 (facsimile)<br><br>*Attorneys for the Forsyth County Defendants and the Albany-Dougherty Defendants* |

2

| | |
|---|---|
| */s/ Daniel W. White*<br>Daniel W. White<br>Georgia Bar No. 153033<br>dwhite@hlw-law.com<br>**HAYNIE, LITCHFIELD &**<br>**WHITE, PC**<br>222 Washington St.<br>Marietta, Georgia 30064<br>770-422-8900 (telephone)<br>770-424-8900 (facsimile)<br><br>*Attorney for Cobb County Defendants* | */s/ Shelley D. Momo*<br>Shelley D. Momo<br>Assistant County Attorney<br>Georgia Bar No. 239608<br>Irene B. Vander Els<br>Assistant County Attorney<br>Georgia Bar No. 033663<br>**DEKALB COUNTY LAW**<br>**DEPARTMENT**<br>1300 Commerce Drive, 5th Floor<br>Decatur, Georgia 30030<br>Telephone:  (404) 371-3011<br>Facsimile:  (404) 371-3024<br>sdmomo@dekalbcountyga.gov<br>ivanderels@dekalbcountyga.gov<br><br>*Attorneys for the DeKalb County*<br>*Defendants* |
| */s/ William J. Linkous III*<br>William J. Linkous III<br>Georgia Bar No. 453213<br>wlinkous@fmglaw.com<br>**FREEMAN MATHIS & GARY LLP**<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, Georgia 30339-5948<br>(770) 818-0000 (telephone)<br>(770) 937-9960 (facsimile)<br><br>*Attorney for Rockdale County*<br>*Defendants* | */s/ Alan G. Snipes*<br>James C. Clark, Jr.<br>Ga. Bar No.: 127145<br>Alan G. Snipes<br>Ga. Bar No.: 665781<br>**PAGE, SCRANTOM, SPROUSE,**<br>**TUCKER & FORD, P.C.**<br>1111 Bay Avenue, Third Floor<br>Columbus, Georgia 31901<br>(706) 324-0251<br><br>*Attorneys for Columbus-Muscogee*<br>*Defendants* |

3

| | |
|---|---|
| */s/ William H. Noland*<br>WILLIAM H. NOLAND<br>Georgia Bar No. 545605<br>william@nolandlawfirmllc.com<br>**Noland Law Firm, LLC**<br>5400 Riverside Drive, Suite 205<br>Macon, Georgia 31210<br>(478)621-4980 telephone<br>(478)621-4282 facsimile<br><br>*Counsel for Macon-Bibb County Defendants* | */s/ Rachel N. Mack*<br>Rachel N. Mack<br>Staff Attorney<br>Georgia Bar No. 104990<br>Wayne Brown<br>General Counsel<br>Georgia Bar No. 089655<br>**AUGUSTA LAW DEPARTMENT**<br>535 Telfair Street, Building 3000<br>Augusta, Georgia 30901<br>Telephone:  (706) 842-5550<br>Facsimile:  (706) 842-556<br>rmack@augustaga.gov<br>wbrown@augustaga.gov<br><br>*Attorneys for the Richmond County Defendants* |
| *s/Kaye Woodard Burwell*<br>Georgia Bar Number:   775060<br>kaye.burwell@fultoncountyga.gov<br>*s/Cheryl Ringer*<br>Georgia Bar Number: 557420<br>cheryl.ringer@fultoncountyga.gov<br>*s/David R. Lowman*<br>Georgia Bar Number: 460298<br>david.lowman@fultoncountyga.gov<br><br>**OFFICE OF THE FULTON COUNTY ATTORNEY**<br>Office of the County Attorney<br>141 Pryor Street, S.W.<br>Suite 4038<br>Atlanta, Georgia 30303<br>Telephone: (404) 612-0246<br><br>*Attorneys for the Fulton County Defendants* | */s/ Gregory C. Sowell*<br>Gregory C. Sowell<br>Georgia Bar No. 668655<br>**COOK & TOLLEY, LLP**<br>304 East Washington Street<br>Athens, Georgia 30601<br>Phone: (706) 549-6111<br>Fax: (706) 548-0956<br>Email: gregsowell@cooktolley.com<br><br>*Attorneys for Athens-Clarke County Defendants* |

4

| | |
|---|---|
| */s/ R. Jonathan Hart*<br>R. JONATHAN HART<br>State Bar No. 333692<br>/s/ Jennifer R. Davenport<br>JENNIFER R. DAVENPORT<br>State Bar No. 330328<br>**Chatham County Attorney's Office**<br>P. O. Box 8161<br>Savannah, GA  31412<br>T: (912) 652 7881<br>F: (912) 652 7887<br>Email: rjhart@chathamcounty.org<br>jdavenport@chathamcounty.org<br><br>*Attorneys for the Chatham County Defendants* | */s/ David A. Cole*<br>David A. Cole<br>Georgia Bar No. 142383<br>Timothy M. Boughey<br>Georgia Bar No. 832112<br>**FREEMAN MATHIS & GARY, LLP**<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, Georgia 30339<br>(T) 770.818.0000<br>(F) 770.937.9960<br>(E) dcole@fmglaw.com<br>tboughey@fmglaw.com<br><br>*Counsel for the Douglas County Defendants* |
| */s/ Jack R. Hancock*<br>Jack R. Hancock<br>Georgia Bar No. 322450<br>jhancock@fmglaw.com<br>A. Ali Sabzevari<br>Georgia Bar No. 941527<br>asabzevari@fmglaw.com<br>**Freeman Mathis & Gary, LLP**<br>661 Forest Parkway, Suite E<br>Forest Park, Georgia 30297<br>(404) 366-1000 (telephone)<br>(404) 361-3223 (facsimile)<br><br>*Counsel for the Clayton County Defendants* | */s/ Kenneth P. Robin*<br>Kenneth P. Robin<br>Georgia Bar No. 609798<br>krobin@jarrard-davis.com<br>Megan N. Martin<br>Georgia Bar No. 140851<br>mmartin@jarrard-davis.com<br>**JARRARD & DAVIS, LLP**<br>222 Webb Street<br>Cumming, Georgia 30040<br>678-455-7150 (telephone)<br>678-455-7149 (facsimile)<br><br>*Attorneys for the Newton County Defendants* |

| | |
|---|---|
| */s/ Kenneth P. Robin*<br>Kenneth P. Robin<br>Georgia Bar No. 609798<br>krobin@jarrard-davis.com<br>Patrick D. Jaugstetter<br>Georgia Bar No. 389680<br>patrickj@jarrard-davis.com<br>**JARRARD & DAVIS, LLP**<br>222 Webb Street<br>Cumming, Georgia 30040<br>678-455-7150 (telephone)<br>678-455-7149 (facsimile)<br><br>*Attorneys for the Henry County*<br>*Defendants* | |

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **COUNTY DEFENDANTS' RESPONSE TO STATE DEFENDANTS' MOTION TO STAY** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson
