IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-13360-D

_____

THE NEW GEORGIA PROJECT,
REAGAN JENNINGS,
CANDACE WOODALL,
BEVERLY PYNE,

                                                                                              Plaintiffs - Appellees,

versus

BRAD RAFFENSPERGER,
in his official capacity as the Georgia Secretary of State
and the Chair of the Georgia State Election Board,
REBECCA N. SULLIVAN,
DAVID J. WORLEY,
MATTHEW MASHBURN,
AHN LE,
in their official capacities as Members of the
Georgia State Election Board,

                                                                                             Defendants - Appellants,

MARY CAROLE COONEY, et al.,

                                                                                                     Defendants.

_____

On Appeal from the United States
District Court for the Northern District of Georgia

_____

ORDER:

Appellants' "Motion to Expedite Briefing Schedule" is GRANTED, IN PART, in that the Court adopts the following expedited schedule.

Appellees must file a response to Appellants' "Motion to Stay Injunction Pending Appeal" by Thursday, September 24, 2020.

Appellants may file a reply in support of their motion by Monday, September 28, 2020.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT – BY DIRECTION