**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| THE NEW GEORGIA PROJECT, REAGAN JENNINGS, CANDACE WOODALL, and BEVERLY PYNE,<br><br>    Plaintiffs,<br><br>    v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and the Chair of the Georgia State Election Board; et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>No. 1:20-CV-01986-ELR |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiffs in *The New Georgia Project, et al. v. Raffensperger, et al.*, No. 1:20-cv-1986-ELR, through their undersigned counsel, hereby jointly stipulate to dismissal of this action without prejudice, each party to bear their own costs and attorney fees.

Dated: March 24, 2021          Respectfully submitted,

| | |
|---|---|
| **Josh Belinfante** | **Adam M. Sparks** |
| Josh Belinfante | Halsey G. Knapp, Jr. |
| Vincent Russo | Georgia Bar No. 425320 |
| Brian Lake | Joyce Gist Lewis |
| Robbins Ross Alloy Belinfante | Georgia Bar No. 296261 |
| Littlefield LLC | Adam M. Sparks |
| 500 14th Street NW | Georgia Bar No. 341578 |

-1-

Atlanta, GA 30318
Tel: (678) 701-9381
Fax: (404) 856-3250
jbelinfante@robbinsfirm.com
vrusso@robbinsfirm.com
blake@robbinsfirm.com

Christopher M. Carr
Attorney General
Andrew Pinson
Solicitor General
Bryan K. Webb
Deputy Attorney General
Russell D. Willard
Senior Asst. Attorney General
Charlene McGowan
Asst. Attorney General
Office of the Georgia Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Tel: 404-652-9453
apinson@law.ga.gov

*Counsel for State Defendants*

**KREVOLIN & HORST, LLC**
1201 W. Peachtree Street, NW
Ste. 3250, One Atlantic Center
Atlanta, GA 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
hknapp@khlawfirm.com
jlewis@khlawfirm.com
sparks@khlawfirm.com

Marc E. Elias*
Amanda R. Callais*
Zachary J. Newkirk*
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
MElias@perkinscoie.com
ACallais@perkinscoie.com
ZNewkirk@perkinscoie.com

Kevin J. Hamilton*
Stephanie R. Holstein*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
KHamilton@perkinscoie.com
SHolstein@perkinscoie.com

*Counsel for Plaintiffs*
*\*Admitted Pro Hac Vice*

| | |
|---|---|
| **Bryan P. Tyson** | **Kenneth P. Robin** |
| Bryan P. Tyson | Kenneth P. Robin |
| Georgia Bar No. 515411 | Georgia Bar No. 609798 |
| btyson@taylorenglish.com | krobin@jarrard-davis.com |
| Diane Festin LaRoss | **JARRARD & DAVIS, LLP** |
| Georgia Bar No. 430830 | 222 Webb Street |
| dlaross@taylorenglish.com | Cumming, Georgia 30040 |
| Bryan F. Jacoutot | 678-455-7150 (telephone) |
| Georgia Bar No. 668272 | 678-455-7149 (facsimile) |
| bjacoutot@taylorenglish.com | |
| Loree Anne Paradise | *Attorneys for the Forsyth County* |
| Georgia Bar No. 382202 | *Defendants and the Albany-Dougherty* |
| lparadise@taylorenglish.com | *Defendants* |
| **TAYLOR ENGLISH DUMA LLP** | |
| 1600 Parkwood Circle, Suite 200 | |
| Atlanta, GA 30339 | |
| 770.434.6868 (telephone) | |
| | |
| *Counsel for the Gwinnett County* | |
| *Defendants and the Fayette County* | |
| *Defendants* | |
| | |
| **Daniel W. White** | **Irene B. Vander Els** |
| Daniel W. White | Shelley D. Momo |
| Georgia Bar No. 153033 | Assistant County Attorney |
| dwhite@hlw-law.com | Georgia Bar No. 239608 |
| **HAYNIE, LITCHFIELD & WHITE, PC** | Irene B. Vander Els |
| | Assistant County Attorney |
| 222 Washington St. | Georgia Bar No. 033663 |
| Marietta, Georgia 30064 | **DEKALB COUNTY LAW** |
| 770-422-8900 (telephone) | **DEPARTMENT** |
| 770-424-8900 (facsimile) | 1300 Commerce Drive, 5th Floor |
| | Decatur, Georgia 30030 |
| *Attorney for Cobb County Defendants* | Telephone: (404) 371-3011 |
| | Facsimile: (404) 371-3024 |
| | sdmomo@dekalbcountyga.gov |
| | ivanderels@dekalbcountyga.gov |

*Attorneys for the DeKalb County Defendants*

**William J. Linkous III**
William J. Linkous III
Georgia Bar No. 453213
wlinkous@fmglaw.com
**FREEMAN MATHIS & GARY LLP**
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

*Attorney for Rockdale County Defendants*

**William H. Noland**
WILLIAM H. NOLAND
Georgia Bar No. 545605
william@nolandlawfirmllc.com
**Noland Law Firm, LLC**
5400 Riverside Drive, Suite 205
Macon, Georgia 31210
(478)621-4980 telephone
(478)621-4282 facsimile

*Counsel for Macon-Bibb County Defendants*

**Alan G. Snipes**
James C. Clark, Jr.
Ga. Bar No.: 127145
Alan G. Snipes
Ga. Bar No.: 665781
**PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.**
1111 Bay Avenue, Third Floor
Columbus, Georgia 31901
(706) 324-0251

*Attorneys for Columbus-Muscogee Defendants*

**Wayne Brown**
Rachel N. Mack
Staff Attorney
Georgia Bar No. 104990
Wayne Brown
General Counsel
Georgia Bar No. 089655
**AUGUSTA LAW DEPARTMENT**
535 Telfair Street, Building 3000
Augusta, Georgia 30901
Telephone:  (706) 842-5550
Facsimile:  (706) 842-556
rmack@augustaga.gov
wbrown@augustaga.gov

*Attorneys for the Richmond County Defendants*

**Cheryl Ringer**
Kaye Woodard Burwell
Georgia Bar Number: 775060
kaye.burwell@fultoncountyga.gov
Cheryl Ringer
Georgia Bar Number: 557420
cheryl.ringer@fultoncountyga.gov
David R. Lowman
Georgia Bar Number: 460298
david.lowman@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
Office of the County Attorney
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
Telephone: (404) 612-0246

*Attorneys for the Fulton County Defendants*

**Gregory C. Sowell**
Gregory C. Sowell
Georgia Bar No. 668655
**COOK & TOLLEY, LLP**
304 East Washington Street
Athens, Georgia 30601
Phone: (706) 549-6111
Fax: (706) 548-0956
Email: gregsowell@cooktolley.com

*Attorneys for Athens-Clarke County Defendants*

**Jennifer Davenport**
R. JONATHAN HART
State Bar No. 333692
Jennifer R. Davenport
JENNIFER R. DAVENPORT
State Bar No. 330328
**Chatham County Attorney's Office**
P. O. Box 8161
Savannah, GA 31412
T: (912) 652 7881
F: (912) 652 7887
Email: rjhart@chathamcounty.org
jdavenport@chathamcounty.org

*Attorneys for the Chatham County Defendants*

**David A. Cole**
David A. Cole
Georgia Bar No. 142383
Timothy M. Boughey
Georgia Bar No. 832112
**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339
(T) 770.818.0000
(F) 770.937.9960
(E) dcole@fmglaw.com
tboughey@fmglaw.com

*Counsel for the Douglas County Defendants*

**Jack R. Hancock**
Jack R. Hancock
Georgia Bar No. 322450
jhancock@fmglaw.com
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com
**Freeman Mathis & Gary, LLP**
661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

*Counsel for the Clayton County Defendants*

**Kenneth P. Robin**
Kenneth P. Robin
Georgia Bar No. 609798
krobin@jarrard-davis.com
Patrick D. Jaugstetter
Georgia Bar No. 389680
patrickj@jarrard-davis.com
**JARRARD & DAVIS, LLP**
222 Webb Street
Cumming, Georgia 30040
678-455-7150 (telephone)
678-455-7149 (facsimile)

*Attorneys for the Henry County Defendants*

**Kenneth P. Robin**
Kenneth P. Robin
Georgia Bar No. 609798
krobin@jarrard-davis.com
Megan N. Martin
Georgia Bar No. 140851
mmartin@jarrard-davis.com
**JARRARD & DAVIS, LLP**
222 Webb Street
Cumming, Georgia 30040
678-455-7150 (telephone)
678-455-7149 (facsimile)

*Attorneys for the Newton County Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE NEW GEORGIA PROJECT, REAGAN JENNINGS, CANDACE WOODALL, and BEVERLY PYNE,<br><br>    Plaintiffs,<br><br>    v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and the Chair of the Georgia State Election Board, et al.<br><br>    Defendants. | Civil Action File No. 1:20-CV-01986-ELR |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: March 24, 2021         **Adam M. Sparks**
                              *Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE NEW GEORGIA PROJECT, REAGAN JENNINGS, CANDACE WOODALL, and BEVERLY PYNE,<br><br>  Plaintiffs,<br><br>         v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and the Chair of the Georgia State Election Board, et al.<br><br>  Defendants. | Civil Action File No.<br>1:20-CV-01986-ELR |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 24, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: March 24, 2021               **Adam M. Sparks**
                                    *Counsel for Plaintiffs*